UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL ACTION NO. 4:17-CR-00123- |
| | § ALM-KPJ |
| MARCUS DALE SMALLWOOD (4) | § |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Now before the court is the request for revocation of Defendant Marcus Dale Smallwood's ("Defendant") supervised release. After the District Judge referred the matter to this court for a report and recommendation, the court conducted a hearing on December 16, 2025, to determine whether Defendant violated his supervised release. Defendant was represented by Brian O'Shea. The Government was represented by William Tatum.

Defendant was sentenced on April 11, 2018, before The Honorable Amos L. Mazzant, III of the Eastern District of Texas after pleading guilty to the offense of Conspiracy to Distribute and Possess with Intent to Distribute and Dispense Less Than 50 Grams of Methamphetamine, a Class C felony. This offense carried a statutory maximum imprisonment term of 20 years. The guideline imprisonment range, based on a total offense level of 19 and a criminal history category of VI, was 63 to 78 months. Defendant was subsequently sentenced to 63 months imprisonment followed by 3 years supervised release subject to the standard conditions of release, plus special conditions to include financial disclosure, drug abuse testing and treatment, and a $100 special assessment. On December 2, 2020, he completed his period of imprisonment and began service of the supervision term. (Dkt. #178, Sealed).

On October 4, 2023, the United States Probation Officer executed a First Amended

Petition for Warrant or Summons for Offender Under Supervision (Dkt. #163, Sealed). The petition asserts that Defendant violated four (4) conditions of supervision, as follows: (1) <u>Mandatory Condition</u> Defendant must not commit another federal, state, or local crime; (2) <u>Mandatory Condition</u> Defendant must not another federal, state, or local crime; (3) <u>Mandatory Condition</u> Defendant must not unlawfully possess a controlled substance; (4) <u>Mandatory Condition</u> Defendant must refrain from any unlawful use of a controlled substance. (Dkt. #163, Sealed).

The Petition alleges that Defendant committed the following acts:

(1) On January 19, 2023, Defendant was arrested by Lamar County, Texas Sheriff's Office and charged with Manufacture or Delivery of More Than 4 Grams but Less Than 200 Grams of Methamphetamine. This case remains pending in the Lamar County 6th District Court under Docket No. 30231.

(2) On July 12, 2023, Defendant was indicted in the Eastern District of Texas and charged with Possession with Intent to Distribute Methamphetamine under Docket No. 4:23CR00176-001, which remains pending at this time. According to the Indictment, from in or about December 2022 through January 19, 2023, Defendant knowingly and intentionally possessed with intent to distribute 5 grams or more of methamphetamine (actual) or 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. § 841(a)(1);

(3) Defendant was in possession of methamphetamine as evidenced by the discovery of it during the arrest on January 19, 2023;

(4) During a home visit conducted on June 30, 2022, Defendant admitted having used methamphetamine on June 28, 2022. (Dkt. #163, Sealed).

Prior to the Government putting on its case at the final revocation hearing, and after consenting to the undersigned's taking the plea, Defendant admitted as true to Allegation 2 as set forth in the Petition. The Government withdrew Allegations 1, 3, and 4. Based on Defendant's plea of true, the court finds that Defendant did violate a condition of his supervised release with respect to Allegation 2 contained in the U.S. Probation Office's Petition. Counsel announced the parties had agreed upon the sentence to be imposed. The Court, having considered the agreement as well as the applicable U.S. Sentencing Commission Guidelines, agreed with the parties' proposed sentence and recommended sentence be imposed as follows.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, the court recommends that Defendant's supervised release be revoked and that he be committed to the custody of the Bureau of Prisons to be imprisoned for an additional term of twenty-four (24) months, to be served consecutive to the sentence Defendant received in Case No. 4:23CR00176-001 in the Eastern District of Texas, with no term of supervised release to follow.

The court finally recommends that Defendant be housed in a Bureau of Prisons facility in Seagolville, Texas, if appropriate.

Defendant waived his right to allocute before the District Judge and his right to object to the report and recommendation of this court.

SIGNED this the 16th day of December, 2025.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE